UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                  Case No.  5:05-cr-30-Oc-10GRJ

JOSE ISABEL GALARZA-ESCOBAR
_____/

**O R D E R**

On March 8, 2006, the Court referred attorney Jerome Lee to the United States Magistrate Judge to conduct a hearing as to whether Lee's *pro hac vice* admission should be revoked and sanctions imposed based on Mr. Lee's failure to appear before the Court on two occasions without Court permission or prior notification (Doc. 216).  The Magistrate Judge conducted a hearing on March 21, 2006, at which Mr. Lee was present, and has issued a report (Doc. 229) recommending that Mr. Lee's *pro hac vice* admission not be revoked and that no sanctions be imposed.  Neither side has filed any objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 229) is adopted, confirmed and made a part hereof.  Mr. Lee's *pro hac vice* admission will not be revoked, and the Court will not impose sanctions.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of April, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
United States Marshal
United States Probation Office
U.S. Pretrial Services Office
Counsel of Record
Maurya McSheehy, Courtroom Deputy
Jose Isabel Galarza-Escobar